**Form 400**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul Novak**
 Debtor(s)

Bankruptcy Case No.: 23−22788−JAD

Chapter: 13
Docket No.: 11 − 5

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

 **AND NOW,** this **January 3, 2024**, a (n) Application to Pay Filing Fee in Installments having been filed by Debtor in the above−captioned proceeding,

 **IT IS HEREBY ORDERED THAT:**

1. Counsel for the Moving Party shall serve *IMMEDIATELY*, pursuant to *Bankruptcy Rule 7004*, a copy of this Order and the Motion upon all parties from whom relief is sought, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the *Certificate* may result in dismissal of the above−captioned proceeding.**

2. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by February 2, 2024 .** Any response should be served on the Moving Party, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case.

3. Said Motion is scheduled for hearing on **February 9, 2024 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

4. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

 **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

 In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

5. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

Jeffery A. Deller
Judge

cm:     Paul Novak

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22788-JAD |
| Paul Novak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jan 03, 2024 | Form ID: 400 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul Novak, 4607 Library Rd, 220-66, Bethel Park, PA 15102-6902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 2