FILED
2/8/2024 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Debtor: Paul Andrew Novak
United States Bankruptcy Court for : Western District of Pennsylvania
Case: 23-2278

Continuance request for the evidentiary hearing scheduled Friday February 9, 2024, at 11am.

Please continue the evidentiary hearing as I am out of state and unable to return in time for the scheduled hearing. Due to circumstances beyond my control (job/project is taking longer than anticipated) I cannot make it back to town in time to attend.

2/8/2024                                                                 Paul A Novak

Case 23-22788-JAD    Doc 27    Filed 02/08/24    Entered 02/08/24 14:29:11    Desc Main
Document    Page 1 of 2

Debtor: Paul Andrew Novak
United States Bankruptcy Court for : Western District of Pennsylvania
Case: 23-2278

Motion to Continue has been granted:

The evidentiary hearing scheduled for February 9, 2024, at 11am will be continued to

_____ at _____.
month/day/year        time

_____
month/day/year

_____
United States Bankruptcy Judge