IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/6/24 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: )
) Case No. 23-22788-JAD
) Chapter 13
PAUL NOVAK, )
) Related to ECF Nos. 1, 5, & 9
Debtor. )
_____ X

## ORDER

AND NOW, this 6th day of March 2024, it is hereby **ordered** that the Debtor's *Application for Individuals to Pay the Filing Fee in Installments* (ECF No. 5) is **denied**. The hearing on the Court's *Order Issuing Rule to Show Cause and Setting Evidentiary Hearing on Issue of Good Faith* (ECF No. 9) is **continued** to **April 10, 2024**, at 10:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

The Court further orders that:

1. The Debtor shall pay the Clerk all outstanding filing fees in this case within 7 days;

2. The Debtor shall remit $3,000 to the Chapter 13 Trustee within 30 days, as plan funding;

3. The Debtor shall file amended schedules of debts identifying all creditors to whom the Debtor has outstanding obligations within 30 days or, if no amendment is needed, an affidavit under penalty of perjury reflecting that all creditors have been duly scheduled and no additions to the schedules are necessary within 30 days;

4. The Debtor shall file within 30 days the requisite wage attachments and/or proof of implementation of TFS to ensure that at least $3,000

per month is paid to the Chapter 13 Trustee as plan funding on a go forward basis (and such amount may be subject to upward adjustment to the extent insufficient to fully fund a feasible chapter 13 plan);

5. The Debtor shall deliver to the Chapter 13 Trustee, within 30 days, copies of the state and federal tax returns filed by the Debtor for the tax years 2020, 2021, and 2022; and

6. The Debtor shall deliver to the Chapter 13 Trustee, within 60 days, a copy of the state and federal tax returns filed by the Debtor for tax year 2023.

Failure of the Debtor to timely and promptly comply with these directives shall result in the dismissal of this bankruptcy case with prejudice, with a 180-day bar against a further bankruptcy filing, and without further notice and hearing.

Date: March 6, 2024

_____ jsf
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to Mail to:

Debtor
Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22788-JAD |
| Paul Novak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　User: auto　　　　　　　　　Page 1 of 2
Date Rcvd: Mar 06, 2024　　　　　　　Form ID: pdf900　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul Novak, 4607 Library Rd, 220-66, Bethel Park, PA 15102-6902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2024　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 dcarlon@kmllawgroup.com |
| Joseph James Perotti, Jr | on behalf of Creditor Borough of Whitehall jperotti@grblaw.com  KNicely@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                              User: auto                                      Page 2 of 2
Date Rcvd: Mar 06, 2024                           Form ID: pdf900                                 Total Noticed: 1
TOTAL: 5