

Form 310

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Paul Novak
*Debtor(s)*

Case No. 23-22788-JAD
Chapter: 13

### ORDER DISMISSING CASE WITH PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, this **The 15th of March, 2024**, after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above-captioned case is **DISMISSED, with prejudice**, pursuant to *11 U.S.C. §109(g)*, *the Debtor(s) is/are ineligible to file bankruptcy under any chapter for one hundred and eighty (180) days*. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to serve:
*All Creditors and All Parties In Interest*



17608004517010

FILED
3/29/2024 10:5 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

23-22788- JAD

Debtor: Paul Andrew Novak
United States Bankruptcy Court for : Western District of Pennsylvania
Case: 23-2278

Notice of Motion to Appeal to reconsider and vacate the dismissal entered on March 15, 2024

1. The case was dismissed for non-payment of the 3rd and final installment($138) of filing fees.
2. At the hearing of March 6th, 2024 to Show Cause it was continued until April 10, 2024.
3. The debtor was under the assumption that I would have 30 days to provide tax returns, file amended schedules. Pay the final installment and make a $3,000 payment.
4. The debtor fully intends to comply with that deadline.
5. The debtor received a notice in the mail but after March 15, 2024 outlining those orders but on this notice it states the installment plan was denied and needed to be paid in 7 days. This 7 day deadline was not discussed at the hearing. The debtor was under the assumption that the final installment was also on the 30 day timeline with the other items.
6. The debtor has paid the final installment to the Clerk of Courts on March 29, 2024.

The debtor requests to the Courts that the Order Dismissing the case is reconsidered and the decision is vacated.

3/29/2024                                                                    *[signature: Paul A Novak]*