**Form 404**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

41 − 39

In re:  Bankruptcy Case No.: 23−22788−JAD
Related to Doc. #39
Chapter: 13
Hearing Date: 4/10/24 at 10:00 AM

**Paul Novak**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                 (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                    By:  _____
                         (Signature)

                         _____
                         Typed Name

                         _____
                         Address

                         _____
                         Phone No.

                         _____
                         List Bar I.D. and State of Admission

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22788-JAD |
| Paul Novak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 29, 2024 | Form ID: 404 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul Novak, 4607 Library Rd, 220-66, Bethel Park, PA 15102-6902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 dcarlon@kmllawgroup.com |
| Joseph James Perotti, Jr | on behalf of Creditor Borough of Whitehall jperotti@grblaw.com KNicely@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Mar 29, 2024 Form ID: 404 Total Noticed: 1
TOTAL: 5