Debtor: Paul Andrew Novak
United States Bankruptcy Court for: Western District of Pennsylvania
Case: 23-22788

FILED
4/5/2024 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

I have examined the schedules and to the best of my knowledge, all creditors have been duly scheduled and no additions to the schedules are needed.

I declare under penalty of perjury that the foregoing is true and correct.

4/4/2024                                    *Paul A Novak* (signature)