Case 23-22788-JAD   Doc 41-2   Filed 03/29/24   Entered 03/29/24 16:48:32   Desc COS
Official BK for Hrg   Page 1 of 1

Form 404

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

41 – 39

In re:

Paul Novak
   Debtor(s)

Bankruptcy Case No.: 23-22788-JAD
Related to Doc. #39
Chapter: 13
Hearing Date: 4/10/24 at 10:00 AM

**CERTIFICATE OF SERVICE OF** Order setting Date Certain for response and hearing on motion
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _4/8/2024_ .
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: electronic notification, First class mail .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

FILED
04/08/24 12:02:49 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By: _Paul A Novak_
(Signature)

Typed Name: PAUL A. NOVAK

Address: 4607 Library Rd 220-64
Bethel Park Pa 15102

Phone No.: 412-607-2475

List Bar I.D. and State of Admission

Service by Electronic notification
Office of Chapter13 Trustee WDPA     cmecf@chapter13trusteewdpa.com


Select Porfolio Servicing  PO BOX 65250 South Salt Lake, UT 84165
ombudsman@spservicing.com

KML Law
dcarlson@kmllawgroup.com

Duquesne Light Company  % Berstein-Burkley PC 601 Grant Street 9th Floor Pittsburgh PA 15219
kebeck@bernsteinlaw.com

Borough of Whitehall   % GRB Law
jperotti@grblaw.com

Santander Consumer USA
Bankruptcy Dept via info@santanderconsumer.ca

# Allegheny Health Network
singlebillingoffice@ahn.org

Quantum3 Group LLC for Genesis FS Card Services
Info@quantum3group.com

Jefferson Capital Systems, LLC
Sue.Unterberger@jcap.com


Service by First Class mail

LVVN Funding LLC
Sent via USPS PO Box 7999 Saint Cloud MN 56302-9617

Resurgent Capital Services
Sent via USPS PO box 10587 Greenville SC 29603-0587

PinkDogwood13 LLC
Sent via USPS  PO BOX 1931   Burlingame, CA 94011

**Form 400**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul Novak**
    Debtor(s)

Bankruptcy Case No.: 23−22788−JAD
Related to Doc. #39
Chapter: 13
Docket No.: 41 − 39

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this **March 29, 2024**, a Motion To Reconsider Dismissal of Case having been filed by Debtor in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. Counsel for the Moving Party shall serve *IMMEDIATELY*, pursuant to *Bankruptcy Rule 7004*, a copy of this Order and the Motion upon all parties from whom relief is sought, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the *Certificate* may result in dismissal of the above−captioned proceeding.**

2. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by April 8, 2024 .** Any response should be served on the Moving Party, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case.

3. Said Motion is scheduled for hearing on **April 10, 2024 at 10:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

4. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

5. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

                                                                                   Jeffery A. Deller
                                                                                   Judge

cm:                Debtor