FILED
4/10/24 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: | Case No. 23-22788-JAD |
|  | Chapter 13 |
| PAUL NOVAK, | Related to ECF Nos. 9, 39 |
|  |  |
| Debtor. |  |

## NOTICE OF PROOF OF PAYMENT

At the hearing the Court held on April 10, 2024, the Debtor, Paul Novak presented six Money Order Receipts for money orders he said he sent to the chapter 13 trustee as plan funding per the Court's *Order* dated March 6, 2024.

Each receipt is in the amount of $500. Copies of those receipts are attached to this *Notice* as Exhibit A.

Exhibit A





Money Order Receipt 1: AGT 247954 LOC 000093 DT 040524 $500.00 5HUNDREDDOLLARS AND NO CENTS — 196240364B4

Money Order Receipt 2: AGT 247954 LOC 000093 DT 040524 $500.00 5HUNDREDDOLLARS AND NO CENTS — 196240364?9

Money Order Receipt 3: AGT 247954 LOC 000093 DT 040524 $500.00 5HUNDREDDOLLARS AND NO CENTS — 196240364B3

**Visit wu.com to submit a Money Order Tracing/Refund request.**

**Western Union Financial Services, Inc. Money Order Tracing/Refund Request**

For customer service, call 1-800-999-9660.

Instructions:
1. This request is to be completed by the **purchaser** only. A stop payment is placed on the original Money Order when refund is made to purchaser.
2. The **original** of the Money Order receipt **must** accompany each request. If the original of the Purchasers Copy Money Order receipt is not enclosed, your request will be delayed and may be denied. Please make a photocopy of the request and the receipt for your own records.
3. Enclose a $15.00 non-refundable processing fee for each photocopy or refund request. A photocopy will not be processed until the $15.00 is received. **Notice:** At its discretion Western Union Financial Services, Inc. may deduct the fee from your refund if it is not enclosed with your request, and Money Order is eligible for refund. PLEASE DO NOT SEND CASH
4. Please allow 30 days for processing. **All** requests must be in writing (please write legibly in CAPITAL LETTERS to complete this form).

SEND REQUEST TO:
Western Union Financial Services, Inc.
P.O. Box 7030
Englewood, CO 80155-7030

MONEY ORDER AMOUNT

DATE PURCHASED   M M D D Y Y

Purchaser's First and Last Name (Please Print)

Mailing Address (Please Print)    Apartment Number (if applicable)

Money Order was Payable to:

Money Order was purchased at (name & address)

City    State    Zip Code

Reason for Request:

"To induce Western Union Financial Services, Inc. (WUFSI) to refund to me the face amount of the above Money Order, and in consideration of that payment, I authorize WUFSI to stop payment on this Money Order, and agree to reimburse WUFSI for this refund and to hold WUFSI harmless against any and all expense and/or liability to which it may be subject by reason of this refund to me, by reason of my alleged loss of the Money Order, or by reason of the negotiation of the Money Order."

PURCHASER SIGN HERE (IN INK): X _____  BEFORE MAILING, BE SURE THAT THIS FORM HAS BEEN SIGNED IN INK.    DATE    (   )   -    PHONE NUMBER