FILED
4/11/24 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-22788-JAD |
| | ) | |
| PAUL NOVAK, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Related to ECF No. 7 |
| | ) | |

## ORDER

**AND NOW,** this **11th** day of **April 2024,** it appears to the Court that the Debtor has not filed all documents required to complete the petition.  **IT IS HEREBY ORDERED THAT** the documents required to complete the bankruptcy filing (Employee Income Records or Statement there is none, and Declaration of Electronic filing) are to be filed with the Clerk of the U.S. Bankruptcy Court on or before **May 2, 2024.**

_____jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**

cc:    **Paul Novak**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### CHAPTER 13 EXTENSION SHEET

**CASE NAME:** Paul Novak    **CASE NUMBER:** 23-22788 JAD

Pursuant to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules, the following are due 1/12/2024, unless an order of court is granted extending time.

- ☒ **SCHEDULES** (Official Form 106)
    - ☒ **SUMMARY OF YOUR ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION** (Official Form 106Sum)
    - ☒ SCHEDULES A - J    ☐ SCHEDULE D    ☐ SCHEDULE H
    - ☐ SCHEDULE A/B    ☐ SCHEDULE E/F    ☐ SCHEDULE I (Individual)
    - ☐ SCHEDULE C (Individual)    ☐ SCHEDULE G    ☐ SCHEDULE J (Individual)
    - ☒ DECLARATION

- ☒ **STATEMENT OF FINANCIAL AFFAIRS** (Official Form B107; B207)

- ☐ **STATEMENT OF ATTORNEY**

- ☐ *Either* **SOCIAL SECURITY** *(last four digits only)*
  *Or* **TAX I.D. NUMBER** (if more than one, must include all)

- ☒ **DECLARATION RE: ELECTRONIC FILING** (Local Form No.1)

- ☒ **STATEMENT OF CURRENT MONTHLY INCOME AND DISPOSABLE INCOME CALCULATION** (Official Form B 122C-1; B 122C-2)

- ☒ **CHAPTER 13 PLAN – LOCAL FORM 10**

- ☒ **COPIES OF ALL PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT RECEIVED WITHIN 60 DAYS BEFORE THE FILING OF THE PETITION, BY THE DEBTOR FROM ANY EMPLOYER OF THE DEBTOR** (Debtor should delete personal data identifiers in accordance with *Rule 9037 of the Federal Rules of Bankruptcy Procedure*. The first five numbers of a Social Security number should be redacted. Personal identifying numbers such as employee identification numbers should also be redacted.)
  *Or* **A STATEMENT THAT THERE ARE NONE**

- ☐ **OFFICIAL FORM 101 (PART 5 ) (ATTACH A CERTIFICATE FROM THE CREDIT COUNSELING AGENCY DESCRIBING THE PREPETITION SERVICES PROVIDED AND ANY DEBT REPAYMENT PLAN DEVELOPED WITH THE AGENCY** *Or* **A CERTIFICATE OF EXIGENT CIRCUMSTANCES, IF APPLICABLE)**

- ☐ **OTHER:**

MICHAEL R. RHODES
Clerk, U. S. Bankruptcy Court

I hereby certify that on 12/29/2023, I caused a copy of this notice to be served upon the debtor or debtor's representative.

BY: _____Lylenn Fox_____
Deputy Clerk

RECEIPT ACKNOWLEDGED:

DATED:

*(SEE ATTACHED FOR NOTICE REGARDING DEFICIENT FILING)*

#89h-I
Rev. 12/1/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### NOTICE REGARDING DEFICIENT FILING

In accordance with the Amended General Order Governing Dismissal of Cases and Imposition of Sanctions for Incomplete Filings, the United States Trustee is deemed to have filed a Motion To Dismiss the bankruptcy case based upon deficiencies in the documents required to be filed by the debtor pursuant to the Bankruptcy Code, Bankruptcy Rules, or Local Bankruptcy Rules. This motion will be granted and the case dismissed if the specified deficiencies on the attached are not corrected within 14 days, or within such further time as the court may allow by order. The debtor may file a Request for a Hearing on the Motion To Dismiss. However, a request for a hearing does not stay the due date for correcting any deficiencies.

The documents checked on the attachment of this notice must be filed by the due date indicated, unless a Motion To Extend the Completion Date is filed.

Michael R. Rhodes
Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

#68h-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22788-JAD |
| Paul Novak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Novak, 4607 Library Rd, 220-66, Bethel Park, PA 15102-6902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 dcarlon@kmllawgroup.com |
| Joseph James Perotti, Jr | on behalf of Creditor Borough of Whitehall jperotti@grblaw.com KNicely@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5