FILED
4/16/2024 10:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Form **1040**

Department of the Treasury—Internal Revenue Service    (99)

**U.S. Individual Income Tax Return**

**2020**    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single  ☒ Married filing jointly  ☐ Married filing separately (MFS)  ☐ Head of household (HOH)  ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| | |
|---|---|
| Your first name and middle initial | Last name |
| PAUL A | NOVAK |

Your social security number: 8145

| | |
|---|---|
| If joint return, spouse's first name and middle initial | Last name |
| MARY BETH | NOVAK |

Spouse's social security number: 5187

Home address (number and street). If you have a P.O. box, see instructions. — 4607 LIBRARY RD    Apt. no. 220-6

City, town, or post office. If you have a foreign address, also complete spaces below. — BETHEL PARK    State PA    ZIP code 15102

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You    ☐ Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency?    ☐ Yes    ☒ No

**Standard Deduction**

Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  ☐ Were born before January 2, 1956  ☐ Are blind    Spouse:  ☐ Was born before January 2, 1956  ☐ Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ▶ ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | **1** | 62,879. |
| **2a** | Tax-exempt interest    2a | **b** Taxable interest    **2b** | |
| **3a** | Qualified dividends    3a | **b** Ordinary dividends    **3b** | |
| **4a** | IRA distributions    4a | **b** Taxable amount    **4b** | |
| **5a** | Pensions and annuities    5a | **b** Taxable amount    **5b** | |
| **6a** | Social security benefits    6a | **b** Taxable amount    **6b** | |
| **7** | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **7** | 0. |
| **8** | Other income from Schedule 1, line 9 | **8** | |
| **9** | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | **9** | 62,879. |

**Standard Deduction for—**
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under *Standard Deduction,* see instructions.

| | | | |
|---|---|---|---|
| **10** | Adjustments to income: | | |
| **a** | From Schedule 1, line 22    10a | 0. | |
| **b** | Charitable contributions if you take the standard deduction. See instructions    10b | 300. | |
| **c** | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | **10c** | 300. |
| **11** | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | **11** | 62,579. |
| **12** | **Standard deduction or itemized deductions** (from Schedule A) | **12** | 24,800. |
| **13** | Qualified business income deduction. Attach Form 8995 or Form 8995-A | **13** | |
| **14** | Add lines 12 and 13 | **14** | 24,800. |
| **15** | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | **15** | 37,779. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    Cat. No. 11320B    Form **1040** (2020)

CDA

Form 1040 (2020)  PAUL A NOVAK & MARY BETH NOVAK                                         Page **2**

| | | | |
|---|---|---|---|
| 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814  **2** ☐ 4972  **3** ☐ _____ | 16 | 4,138. |
| 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| 18 | Add lines 16 and 17 | 18 | 4,138. |
| 19 | Child tax credit or credit for other dependents | 19 | |
| 20 | Amount from Schedule 3, line 7 | 20 | 0. |
| 21 | Add lines 19 and 20 | 21 | 0. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 4,138. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 4,138. |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 | 25a | 5,206. |
| b | Form(s) 1099 | 25b | |
| c | Other forms (see instructions) | 25c | |
| d | Add lines 25a through 25c | 25d | 5,206. |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | 26 | |
| 27 | Earned income credit (EIC) | 27 | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Recovery rebate credit. See instructions | 30 | |
| 31 | Amount from Schedule 3, line 13 | 31 | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 5,206. |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 1,068. |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | 1,068. |

Direct deposit? See instructions.
▶ b Routing number █████████████  ▶ c Type: ☒ Checking  ☐ Savings
▶ d Account number ██████████████████

| | | | |
|---|---|---|---|
| 36 | Amount of line 34 you want **applied to your 2021 estimated tax** ▶ | 36 | |

**Amount You Owe**

For details on how to pay, see instructions.

| | | | |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | 37 | 0. |

Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details.

| | | |
|---|---|---|
| 38 | Estimated tax penalty (see instructions) ▶ | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶  ☐ **Yes.** Complete below.  ☒ **No**

Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
|---|---|---|---|
| | | SALES REP | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |
| | | ULTRASOUND TECH | |

Phone no.  412-607-2475    Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| | SELF-PREPARED | | | ☐ Self-employed |

Firm's name ▶                          Phone no.
Firm's address ▶                        Firm's EIN ▶

Go to *www.irs.gov/Form1040* for instructions and the latest information.                Form **1040** (2020)

CDA

2000117529

# PA-40 - 2020
## Pennsylvania Income Tax Return
### ENTER ONE LETTER OR NUMBER IN EACH BOX (06-20)

NOVAK

PAUL    A    Occupation    SALES REP

MARY BETH    Occupation    ULTRASOUND

NOVAK

APT 220 6

4607 LIBRARY RD

BETHEL PARK    PA    15102

412-607-2475    02110

| | |
|---|---|
| N  Extension. | N  Amended Return. |
| R  Residency Status. | |
| | PA Resident/Nonresident/Part-Year Resident |
| | from            to |
| J  Single, Married/Filing Jointly, | |
| | Married/Filing Separately, Final Return |
| N  Deceased | |
| N  Taxpayer Date of Death | |
| N  Spouse Date of Death | |
| N  Farmers. | |
| | School District Name  BALDWIN WHIT |

| | | |
|---|---|---|
| 1a | Gross Compensation. Do not include exempt income, such as combat zone pay and qualifying retirement benefits. See the instructions. | 1a    67031 |
| 1b | Unreimbursed Employee Business Expenses. | 1b    0 |
| 1c | Net Compensation. Subtract Line 1b from Line 1a. | 1c    67031 |
| 2 | Interest Income. Complete **PA Schedule A** if required. | 2    0 |
| 3 | Dividend and Capital Gains Distributions Income. Complete **PA Schedule B** if required. | 3    0 |
| 4 | Net Income or Loss from the Operation of a Business, Profession or Farm. | 4    0 |
| 5 | Net Gain or Loss from the Sale, Exchange or Disposition of Property. | 5    0 |
| 6 | Net Income or Loss from Rents, Royalties, Patents or Copyrights. | 6    0 |
| 7 | Estate or Trust Income. Complete and submit **PA Schedule J.** | 7    0 |
| 8 | Gambling and Lottery Winnings. Complete and submit **PA Schedule T.** | 8    0 |
| 9 | **Total PA Taxable Income.**  Add only the positive income amounts from Lines 1c, 2, 3, 4, 5, 6, 7 and 8.  DO NOT ADD any losses reported on Lines 4, 5 or 6. | 9    67031 |
| 10 | **Other Deductions.** Enter the appropriate code for the type of deduction. See the instructions for additional information.    N | 10    0 |
| 11 | **Adjusted PA Taxable Income.** Subtract Line 10 from Line 9. | 11    67031 |

**Page 1 of 2**



EC    OFFICIAL USE ONLY    FC

**PA-40 - 2020**

Social Security Number 

    Name(s) NOVAK, PAUL A

| | | | |
|---|---|---|---|
| 12 | **PA Tax Liability. Multiply Line 11 by 3.07 percent (0.0307).** | 12 | 2058 |
| 13 | Total PA Tax Withheld. See the instructions. | 13 | 2058 |
| 14 | Credit from your 2019 PA Income Tax return. | 14 | 0 |
| 15 | 2020 Estimated Installment Payments. REV-459B included.    N | 15 | 0 |
| 16 | 2020 Extension Payment. | 16 | 0 |
| 17 | Nonresident Tax Withheld from your **PA Schedule(s) NRK-1.** (Nonresidents only) | 17 | 0 |
| 18 | **Total Estimated Payments and Credits.** Add Lines 14, 15, 16 and 17. | 18 | 0 |

**Tax Forgiveness Credit. Submit PA Schedule SP.**

| | | | | |
|---|---|---|---|---|
| 19a | Filing Status:    **01** Unmarried or Separated    **02** Married    **03** Deceased | 19a | 02 | |
| 19b | Dependents, Section II, Line 2, **PA Schedule SP** | 19b | 00 | |
| 20 | Total Eligibility Income from Section III, Line 11, **PA Schedule SP**. | 20 | | 0 |
| 21 | **Tax Forgiveness Credit** from Section IV, Line 16, **PA Schedule SP**. | 21 | | 0 |

| | | | |
|---|---|---|---|
| 22 | Resident Credit. Submit your **PA Schedule(s) G-L** and/or **RK-1.** | 22 | 0 |
| 23 | Total Other Credits. Submit your **PA Schedule OC.** | 23 | 0 |
| 24 | **TOTAL PAYMENTS and CREDITS.** Add Lines 13, 18, 21, 22 and 23. | 24 | 2058 |
| 25 | **USE TAX.** Due on internet, mail order or out-of-state purchases. See instructions. | 25 | 0 |
| 26 | **TAX DUE.** If the total of Line 12 and Line 25 is more than line 24, enter the difference here. | 26 | 0 |
| 27 | Penalties and Interest. See the instructions.    Enter Code: | 27 | 0 |
| | If including form REV-1630/REV-1630A, mark the box.    N | | |
| 28 | **TOTAL PAYMENT DUE.** See the instructions. | 28 | 0 |
| 29 | **OVERPAYMENT.** If Line 24 is more than the total of Line 12, Line 25 and Line 27, enter the difference here. | 29 | 0 |
| | **The total of Lines 30 through 36 must equal Line 29.** | | |
| 30 | **Refund** – Amount of Line 29 you want as a check mailed to you.    **REFUND** | 30 | 0 |
| 31 | **Credit** – Amount of Line 29 you want as a credit to your 2021 estimated account. | 31 | 0 |
| 32 | Refund donation line. Enter the organization code and donation amount. See instructions. | 32 | 0 |
| 33 | Refund donation line. Enter the organization code and donation amount. See instructions. | 33 | 0 |
| 34 | Refund donation line. Enter the organization code and donation amount. See instructions. | 34 | 0 |
| 35 | Refund donation line. Enter the organization code and donation amount. See instructions. | 35 | 0 |
| 36 | Refund donation line. Enter the organization code and donation amount. See instructions. | 36 | 0 |

**Signature(s).** Under penalties of perjury, I (we) declare that I (we) have examined this return, including all accompanying schedules and statements, and to the best of my (our) belief, they are true, correct, and complete.

| Your Signature | Spouse's Signature, if filing jointly |
|---|---|
| Preparer's Name and Telephone Number | Date |

E-File Opt Out

Firm FEIN

Preparer's PTIN

SELF-PREPARED

**Page 2 of 2**



2000217535

CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2023** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____ , 2023, ending _____ , 20 ___ See separate instructions.

| | |
|---|---|
| Your first name and middle initial | Paul |
| Last name | Novak |
| Your social security number | 8145 |

| | |
|---|---|
| If joint return, spouse's first name and middle initial | Mary Beth |
| Last name | Novak |
| Spouse's social security number | 5187 |

Home address (number and street). If you have a P.O. box, see instructions. 4606 Library Rd    Apt. no. 220-66

City, town, or post office. If you have a foreign address, also complete spaces below. Bethel Park    State PA    ZIP code 15102

Foreign country name _____ Foreign province/state/county _____ Foreign postal code _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.
☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets** At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959 ☐ Are blind    Spouse: ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 64,807. |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | 0. |
| i | Nontaxable combat pay election (see instructions) 1i | | |
| z | Add lines 1a through 1h | 1z | 64,807. |

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b |

**Standard Deduction for—**
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 64,807. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 64,807. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 27,700. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 27,700. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 37,107. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Form **1040** (2023)

Form 1040 (2023)                                                                                       Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 4,015. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 4,015. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | 200. |
| | 21 | Add lines 19 and 20 | 21 | 200. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 3,815. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 3,815. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 | 25a | 5,045. |
| | b | Form(s) 1099 | 25b | |
| | c | Other forms (see instructions) | 25c | |
| | d | Add lines 25a through 25c | 25d | 5,045. |
| *If you have a qualifying child, attach Sch. EIC.* | 26 | 2023 estimated tax payments and amount applied from 2022 return | 26 | |
| | 27 | Earned income credit (EIC) ........No | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 5,045. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 1,230. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | 1,230. |
| *Direct deposit?* *See instructions.* | b | Routing number ▓▓▓▓▓▓▓   c Type: ☒ Checking  ☐ Savings | | |
| | d | Account number ▓▓▓▓▓▓▓ | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** | 36 | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions ............ ☐ **Yes. Complete below.**   ☒ **No** | |
| | Designee's name _____   Phone no. _____   Personal identification number (PIN) _____ | |

| | |
|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

| | | | |
|---|---|---|---|
| *Joint return? See instructions. Keep a copy for your records.* | Your signature | Date | Your occupation  Sales Account Manager | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation  Ultrasound Technologist | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | Phone no.  (412)607-2475 | | Email address | |

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
| | Firm's name   Self-Prepared | | | Phone no. | |
| | Firm's address | | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.       BAA       REV 03/07/24 Intuit.cg.cfp.sp       Form **1040** (2023)

| SCHEDULE 3 (Form 1040) | **Additional Credits and Payments** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR. Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2023** Attachment Sequence No. **03** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Paul & Mary Beth Novak | ▬▬▬▬▬ |

## Part I  Nonrefundable Credits

| | | | |
|---|---|---|---:|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . | **1** | |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. Attach Form 2441 . . . . . . . . . . . . . . | **2** | |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . | **3** | |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . | **4** | 200. |
| 5a | Residential clean energy credit from Form 5695, line 15 . . . . . . | **5a** | |
| b | Energy efficient home improvement credit from Form 5695, line 32 . . . . | **5b** | |
| 6 | Other nonrefundable credits: | | |
| a | General business credit. Attach Form 3800 . . . . . . . | **6a** | |
| b | Credit for prior year minimum tax. Attach Form 8801 . . . . | **6b** | |
| c | Adoption credit. Attach Form 8839 . . . . . . . | **6c** | |
| d | Credit for the elderly or disabled. Attach Schedule R . . . . . | **6d** | |
| e | Reserved for future use . . . . . . . . . | **6e** | |
| f | Clean vehicle credit. Attach Form 8936 . . . . . . | **6f** | |
| g | Mortgage interest credit. Attach Form 8396 . . . . . . . | **6g** | |
| h | District of Columbia first-time homebuyer credit. Attach Form 8859 | **6h** | |
| i | Qualified electric vehicle credit. Attach Form 8834 . . . . . | **6i** | |
| j | Alternative fuel vehicle refueling property credit. Attach Form 8911 | **6j** | |
| k | Credit to holders of tax credit bonds. Attach Form 8912 . . . | **6k** | |
| l | Amount on Form 8978, line 14. See instructions . . . . . . | **6l** | |
| m | Credit for previously owned clean vehicles. Attach Form 8936 . | **6m** | |
| z | Other nonrefundable credits. List type and amount: _____ _____ | **6z** | |
| 7 | Total other nonrefundable credits. Add lines 6a through 6z . . . . . . . . . | **7** | |
| 8 | Add lines 1 through 4, 5a, 5b, and 7. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 20 . . . . . . . . . . . . . . | **8** | 200. |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.          Schedule 3 (Form 1040) 2023

| Part II | Other Payments and Refundable Credits | | |
|---|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . . . . | 9 | |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . . . | 10 | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . . . | 11 | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . . | 12 | |
| 13 | Other payments or refundable credits: | | |
| a | Form 2439 . . . . . . . . . . . | 13a | |
| b | Credit for repayment of amounts included in income from earlier years . . . . . . . . . . . | 13b | |
| c | Elective payment election amount from Form 3800, Part III, line 6, column (i) . . . . . . . . . | 13c | |
| d | Deferred amount of net 965 tax liability (see instructions) . . . | 13d | |
| z | Other payments or refundable credits. List type and amount: _____ | 13z | |
| 14 | Total other payments or refundable credits. Add lines 13a through 13z . . . . . | 14 | |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 . . . . . . . . . . . . . . . | 15 | |

BAA                    REV 03/07/24 Intuit.cg.cfp.sp                    **Schedule 3 (Form 1040) 2023**

Form **8880**

Department of the Treasury
Internal Revenue Service

## Credit for Qualified Retirement Savings Contributions

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Go to www.irs.gov/Form8880 for the latest information.**

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **54**

Name(s) shown on return

Paul & Mary Beth Novak

Your social security number



*You **cannot** take this credit if **either** of the following applies.*

- The amount on Form 1040, 1040-SR, or 1040-NR, line 11, is more than $36,500 ($54,750 if head of household; $73,000 if married filing jointly).
- The person(s) who made the qualified contribution or elective deferral **(a)** was born after January 1, 2006; **(b)** is claimed as a dependent on someone else's 2023 tax return; or **(c)** was a **student** (see instructions).

|  |  |  | **(a) You** | **(b) Your spouse** |
|---|---|---|---|---|
| 1 | Traditional and Roth IRA contributions, and ABLE account contributions by the designated beneficiary for 2023. **Do not** include rollover contributions . . . . . | **1** | | |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2023 (see instructions) . . | **2** | | 3,756. |
| 3 | Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | 3,756. |
| 4 | Certain distributions received **after** 2020 and **before** the due date (including extensions) of your 2023 tax return (see instructions). If married filing jointly, include **both** spouses' amounts in **both** columns. See instructions for an exception . . . | **4** | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- . . . . . . . . . | **5** | | 3,756. |
| 6 | In each column, enter the **smaller** of line 5 or $2,000 . . . . . . . . | **6** | | 2,000. |
| 7 | Add the amounts on line 6. If zero, **stop**; you can't take this credit . . . . . | **7** | | 2,000. |
| 8 | Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 11* . . . . | **8** | 64,807. | |
| 9 | Enter the applicable decimal amount from the table below. | | | |

| If line 8 is— | | And your filing status is— | | |
|---|---|---|---|---|
| Over— | But not over— | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying surviving spouse |
| | | | **Enter on line 9—** | |
| --- | $21,750 | 0.5 | 0.5 | 0.5 |
| $21,750 | $23,750 | 0.5 | 0.5 | 0.2 |
| $23,750 | $32,625 | 0.5 | 0.5 | 0.1 |
| $32,625 | $35,625 | 0.5 | 0.2 | 0.1 |
| $35,625 | $36,500 | 0.5 | 0.1 | 0.1 |
| $36,500 | $43,500 | 0.5 | 0.1 | 0.0 |
| $43,500 | $47,500 | 0.2 | 0.1 | 0.0 |
| $47,500 | $54,750 | 0.1 | 0.1 | 0.0 |
| $54,750 | $73,000 | 0.1 | 0.0 | 0.0 |
| $73,000 | --- | 0.0 | 0.0 | 0.0 |

**9** | x | .1

**Note:** If line 9 is zero, **stop**; you can't take this credit.

| 10 | Multiply line 7 by line 9 . . . . . . . . . . . . . . . . . . . . . | **10** | 200. |
|---|---|---|---|
| 11 | Limitation based on tax liability. Enter the amount from the Credit Limit Worksheet in the instructions | **11** | 4,015. |
| 12 | **Credit for qualified retirement savings contributions.** Enter the **smaller** of line 10 or line 11 here and on Schedule 3 (Form 1040), line 4 . . . . . . . . . . . . . . . . . . . | **12** | 200. |

* See Pub. 590-A for the amount to enter if you claim any exclusion or deduction for foreign earned income, foreign housing, or income from Puerto Rico or for bona fide residents of American Samoa.

**For Paperwork Reduction Act Notice, see your tax return instructions.**        BAA        REV 03/07/24 Intuit.cg.cfp.sp        Form **8880** (2023)

2300115322

## PA-40 - 2023
## Pennsylvania Income Tax Return
ENTER ONE LETTER OR NUMBER IN EACH BOX (04-23)



| | N | Extension. | N | Amended Return. |
|---|---|---|---|---|

NOVAK

PAUL       Occupation    SALES ACCO

MARY BETH      Occupation    ULTRASOUND

NOVAK

APT 22066

4606 LIBRARY RD

BETHEL PARK      PA    15102

412-607-2475       02110

**R** — Residency Status.
PA Resident/Nonresident/Part-Year Resident
from      to

**J** — Single, Married/Filing **J**ointly,
**M**arried/Filing Separately, Final Return

**N** — Deceased

**N** — Taxpayer Date of Death

**N** — Spouse Date of Death

**N** — Farmers.
School District Name **BALDWIN WHITE**

| | | |
|---|---|---|
| 1a | Gross Compensation. Do not include exempt income, such as combat zone pay and qualifying retirement benefits. See the instructions. | **1a**    68401 |
| 1b | Unreimbursed Employee Business Expenses. | **1b**    0 |
| 1c | Net Compensation. Subtract Line 1b from Line 1a. | **1c**    68401 |
| 2 | Interest Income. Complete **PA Schedule A** if required. | **2**    0 |
| 3 | Dividend and Capital Gains Distributions Income. Complete **PA Schedule B** if required. | **3**    0 |
| 4 | Net Income or Loss from the Operation of a Business, Profession or Farm. | **4**    0 |
| 5 | Net Gain or Loss from the Sale, Exchange or Disposition of Property. | **5**    0 |
| 6 | Net Income or Loss from Rents, Royalties, Patents or Copyrights. | **6**    0 |
| 7 | Estate or Trust Income. Complete and submit **PA Schedule J.** | **7**    0 |
| 8 | Gambling and Lottery Winnings. Complete and submit **PA Schedule T.** | **8**    0 |
| 9 | **Total PA Taxable Income.** Add only the positive income amounts from Lines 1c, 2, 3, 4, 5, 6, 7 and 8. DO NOT ADD any losses reported on Lines 4, 5 or 6. | **9**    68401 |
| 10 | **Other Deductions.** Enter the appropriate code for the type of deduction. N   See the instructions for additional information. | **10**    0 |
| 11 | **Adjusted PA Taxable Income.** Subtract Line 10 from Line 9. | **11**    68401 |

1555    REV 02/24/24 INTUIT.CG.CFP.SP

Page 1 of 2




| EC | OFFICIAL USE ONLY | FC |
|---|---|---|

2300215338

**PA-40 - 2023**

Social Security Number



Name(s) PAUL & MARY BETH NOVAK

| | | | |
|---|---|---|---|
| 12 | **PA Tax Liability. Multiply Line 11 by 3.07 percent (0.0307).** | 12 | 2100 |
| 13 | Total PA Tax Withheld. See the instructions. | 13 | 2100 |
| 14 | Credit from your 2022 PA Income Tax return. | 14 | 0 |
| 15 | 2023 Estimated Installment Payments. REV-459B included.    N | 15 | 0 |
| 16 | 2023 Extension Payment. | 16 | 0 |
| 17 | Nonresident Tax Withheld from your **PA Schedule(s) NRK-1.** (Nonresidents only) | 17 | 0 |
| 18 | **Total Estimated Payments and Credits.** Add Lines 14, 15, 16 and 17. | 18 | 0 |

**Tax Forgiveness Credit. Submit PA Schedule SP.**

| | | | |
|---|---|---|---|
| 19a | Filing Status:    **01 Unmarried or Separated    02 Married    03 Deceased** | 19a | 00 |
| 19b | Dependents, Section II, Line 2, **PA Schedule SP** | 19b | 00 |
| 20 | Total Eligibility Income from Section III, Line 11, **PA Schedule SP**. | 20 | 0 |
| 21 | **Tax Forgiveness Credit** from Section IV, Line 16, **PA Schedule SP**. | 21 | 0 |
| 22 | Resident Credit. Submit your **PA Schedule(s) G-L** and/or **RK-1.** | 22 | 0 |
| 23 | Total Other Credits. Submit your **PA Schedule OC** and/or **PA Schedule DC.** | 23 | 0 |
| 24 | **TOTAL PAYMENTS and CREDITS.** Add Lines 13, 18, 21, 22 and 23. | 24 | 2100 |
| 25 | USE TAX. Due on internet, mail order or out-of-state purchases. See instructions. | 25 | 0 |
| 26 | TAX DUE. If the total of Line 12 and Line 25 is more than line 24, enter the difference here. | 26 | 0 |
| 27 | Penalties and Interest. See the instructions.    Enter Code: | 27 | 0 |
| | If including form REV-1630/REV-1630A, mark the box.    N | | |
| 28 | **TOTAL PAYMENT DUE.** See the instructions. | 28 | 0 |
| 29 | **OVERPAYMENT.** If Line 24 is more than the total of Line 12, Line 25 and Line 27, enter the difference here. | 29 | 0 |
| | **The total of Lines 30 through 36 must equal Line 29.** | | |
| 30 | **Refund** – Amount of Line 29 you want as a check mailed to you.    **REFUND** | 30 | 0 |
| 31 | **Credit** – Amount of Line 29 you want as a credit to your 2024 estimated account. | 31 | 0 |
| 32 | Refund donation line. Enter the organization code and donation amount. See instructions. | 32 | |
| 33 | Refund donation line. Enter the organization code and donation amount. See instructions. | 33 | |
| 34 | Refund donation line. Enter the organization code and donation amount. See instructions. | 34 | |
| 35 | Refund donation line. Enter the organization code and donation amount. See instructions. | 35 | |
| 36 | Refund donation line. Enter the organization code and donation amount. See instructions. | 36 | |

Signature(s). Under penalties of perjury, I (we) declare that I (we) have examined this return, including all accompanying schedules and statements, and to the best of my (our) belief, they are true, correct, and complete.

| Your Signature | Spouse's Signature, if filing jointly |
|---|---|

| Preparer's Name and Telephone Number | | Date |
|---|---|---|
| SELF-PREPARED | | |

E-File Opt Out    N

Firm FEIN

Preparer's PTIN



2300215338