FILED
4/17/2024 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

23-22788

