FILED
4/30/2024 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Debtor: Paul Andrew Novak
United States Bankruptcy Court for: Western District of Pennsylvania
Case: 23-2278

Monthly plan payment scheduled for May 1, 2024 via TFS Bill Pay



Date 4/20/2024

