Case 23-22788-JAD    Doc 61    Filed 04/30/24    Entered 04/30/24 13:34:10    Desc Main
Document    Page 1 of 1

FILED
4/30/2024 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Debtor: Paul Andrew Novak
United States Bankruptcy Court for : Western District of Pennsylvania
Case: 23-2278    23-22788

There is no income to report.

Date 4/29/2024                              *[signature: Paul A Novak]*