FILED
7/10/24 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PAUL NOVAK : Bankruptcy No. 23-22788 JAD
:
: Related To ECF Nos. 64
:
Debtor(s). : Chapter 13

## ORDER

AND NOW this **10th** Day of **July, 2024,**

**IT APPEARING** to the court that an Order was issued on June 11, 2024, at ECF No. 62, directing Debtor to file Certification of Counsel Regarding Plan Confirmation on an Interim Basis, in accordance with the undersigned's Chapter 13 procedures. After a review of the docket, it appears that the Certification of Counsel has not been filed.

It is hereby ordered that a **RULE TO SHOW CAUSE** Hearing to Determine Why Case Should Not Be **CONVERTED** To Chapter 7 And/Or **DISMISSED**, or some other sanction be imposed, is scheduled for **July 31, 2024,** at **10:00 am in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219.**

The Court may vacate the Rule to Show cause in the event the debtor complies with the Court's Order at ECF # 64.

_____ jsf
**JEFFERY A. DELLER**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22788-JAD |
| Paul Novak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul Novak, 4607 Library Rd, 220-66, Bethel Park, PA 15102-6902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 12, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 dcarlon@kmllawgroup.com |
| Joseph James Perotti, Jr | |
| | on behalf of Creditor Borough of Whitehall jperotti@grblaw.com  KNicely@grblaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5