IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Paul Novak<br>        Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>        Movant(s)<br>        vs.<br>Paul Novak<br>        Respondent(s) | Case No. 23-22788-JAD<br>Chapter 13<br><br>Doc #_____ |

### NOTICE OF HEARING ON TRUSTEE'S MOTION
### TO DISMISS CASE WITH PREJUDICE

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on January 15, 2025 at 10:00 a.m. before Judge Jeffery Deller in Courtroom D, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before December 26, 2024.

12/9/24                                                     /s/ Owen W. Katz
Date                                                        Owen W. Katz, PA I.D. 36473
                                                               Attorney for Chapter 13 Trustee
                                                               US Steel Tower, Suite 3250
                                                               600 Grant Street
                                                               Pittsburgh, PA  15219
                                                               (412) 471-5566
                                                               okatz@chapter13trusteewdpa.com