IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Paul Novak | : | Case No. 23-22788-JAD |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| Paul Novak | : | |
|     Respondent(s) | : | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO DISMISS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion filed on December 9, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Motion were to be filed and served no later than December 26, 2024.

12/27/2024

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
Attorney for Chapter 13 Trustee
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
412-471-5566
okatz@chapter13trusteewdpa.com