**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL NOVAK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:23-22788 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/29/2023 and confirmed on 07/25/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,000.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 540.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 540.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE ET AL | 0.00 | 8,455.00 | 0.00 | 8,455.00 |
|     Acct: 1909 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE ET AL | 115,030.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1909 | | | | |
|   WHITEHALL BOROUGH (SWG) | 9,702.25 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
|   WHITEHALL BOROUGH (STORMWATER) | 984.68 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
|   GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
|   GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
|   WHITEHALL BOROUGH (SWG) | 3,652.59 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
|   WHITEHALL BOROUGH (STORMWATER) | 1,370.82 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
| | | | | 8,455.00 |

Priority

| 23-22788 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PAUL NOVAK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL NOVAK | 5.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|   Acct: XXXXXXXXXXXXXXXXX2788 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| PINK DOGWOOD 13 LLC | 5,510.17 | 0.00 | 0.00 | 0.00 |
|   Acct: 8004 | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 344.47 | 0.00 | 0.00 | 0.00 |
|   Acct: 1420 | | | | |
| PYOD LLC | 325.07 | 0.00 | 0.00 | 0.00 |
|   Acct: 8064 | | | | |
| LVNV FUNDING LLC | 196.66 | 0.00 | 0.00 | 0.00 |
|   Acct: 8323 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 909.05 | 0.00 | 0.00 | 0.00 |
|   Acct: 2615 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 8,498.96 | 0.00 | 0.00 | 0.00 |
|   Acct: 0000 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

***N O N E ***

| TOTAL PAID TO CREDITORS | | 8,460.00 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 5.00 | |
| SECURED | 130,740.34 | |
| UNSECURED | 15,784.38 | |

Date: 06/12/2025                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com